# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2023-4051
Lower Tribunal No. CF23-003100-XX

———————————————

RAMON A. FELICIANO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal from the Circuit Court for Polk County.
Sharon M. Franklin, Judge.

March 17, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and SMITH, JJ., concur.


Ita M. Neymotin, Regional Counsel, and Joseph Thye Sexton, Assistant Regional Counsel, of Office of Criminal Conflict and Civil Regional Counsel, Fort Myers, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Jonathan P. Hurley, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED